UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH WHEELER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:25-cv-01888-MAL |
| | ) | |
| TRIZETTO PROVIDER | ) | |
| SOLUTIONS LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Defendant Trizetto Provider Solutions LLC ("Defendant"), by and through its undersigned counsel, hereby moves, with the consent of Plaintiff's counsel, for an extension of time, up to and including April 3, 2026, to file its responsive pleading in the above-captioned lawsuit.  In support of its motion, Defendant states:

1.    Plaintiff filed the above-captioned lawsuit on December 30, 2025.

2.    Defendant's registered agent was served with a copy of the Complaint on January 27, 2026.

3.    Due to the complexity of the issues set forth in the Complaint, Defendant respectfully requests an extension of time, up to and including April 3, 2026, to file a responsive pleading in this matter.

4.    Defendant's counsel contacted Plaintiff's counsel to discuss this extension request, and Plaintiff's counsel stated that Plaintiff consented to such an extension.

5.     The requested extension is not sought for purposes of delay and, if granted, will not prejudice any party.  This is Defendant's first extension request.

- 1 -

WHEREFORE, Defendant respectfully requests an extension of time to file a responsive pleading, up to and including April 3, 2026.

Dated: February 10, 2026

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By:  /s/   Luke G. Maher
     Luke G. Maher, #62219 (MO)
     190 Carondelet Plaza, Suite 1690
     St. Louis, Missouri 63105
     Telephone: (314) 505-8800
     Facsimile: (314) 505-8899
     luke.maher@nortonrosefulbright.com

     Jason K. Fagelman*
     Joseph E. Simmons*
     2200 Ross Avenue, Suite 3600
     Dallas, TX 75201
     Telephone: (214) 855-8000
     Facsimile: (214) 855-8200
     jason.fagelman@nortonrosefulbright.com
     joseph.simmons@nortonrosefulbright.com

     *Attorneys for Defendant Trizetto Provider Solutions LLC*

     *\*: Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, the foregoing was served, via the electronic filing system of the U.S. District Court for the Eastern District of Missouri upon all parties of record.


/s/ Luke G. Maher