UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSEPH WHEELER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIZETTO PROVIDER SOLUTIONS LLC and ST. ANTHONY'S PHYSICIAN ORGANIZATION HOSPITALIST SERVICES L.C. d/b/a MERCY CLINIC SOUTH HOSPITALISTS,<br><br>Defendants. | Case No. 4:25-cv-01888 |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists, for its Agreed Motion for Extension of Time to File Responsive Pleading, states as follows:

1. Upon information and belief, Defendant's a responsive pleading is currently due February 18, 2026.

2. Counsel for both Plaintiff and Defendant have agreed to a 30-day extension of the responsive pleading deadline, allowing Defendant up to and including March 20, 2026 to file its responsive pleading.

WHEREFORE Defendant St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists respectfully requests that this Court enter an order granting it until March 20, 2026 to file a responsive pleading.

        */s/ Shane A. Chapman*
Shane A. Chapman    # 67106
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101
(314) 621-2939 – Telephone
(314) 621-6844 – Facsimile
schapman@lashlybaer.com

*Attorneys for Defendant*

## CRTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically with the Clerk of Court on February 18, 2026 via the Court's electronic filing system.

Raina C. Borrelli
Samuel J. Strauss
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL  60611
(872) 263-1100
raina@straussborrelli.com
sam@straussborrelli.com
Attorney for Plaintiff and Proposed Class

        */s/ Shane A. Chapman*